TIMOTHY M. BURGESS
United States Attorney

RETTA-RAE RANDALL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A05-099 CR (JWS) |
| Plaintiff, | ) ) ) | COUNT 1: |
| vs. | ) ) | CONSPIRACY<br>Vio. 18 U.S.C. § 371 |
| JASMINE DANIELLE HOLLIMON,<br>SARAH ROSE NOBLE,<br>HILARY JEANETTE PATTISON, and<br>MICHAEL MCGEEHAN TUCKER, | ) ) ) ) ) | COUNTS 2-5:<br>INTERSTATE<br>TRANSPORTATION OF<br>STOLEN PROPERTY |
| Defendants. | ) ) ) | Vio. 18 U.S.C. § 2314 |

FIRST SUPERSEDING INDICTMENT

The Grand Jury charges that:

GENERAL ALLEGATIONS:

1.     Oxford Assaying and Refining Corporation (OAR) is in the business of

refining and selling precious metals, with approximately eighty to ninety percent of the

business in gold, approximately one percent in platinum and the rest in silver. A significant portion of the business consists of the buying and selling of bullion, including one ounce Gold Eagles, Krugerrands, and platinum Eagles.

2.      Defendant JASMINE DANIELLE HOLLIMON worked for OAR from November 1, 2000, through January 27, 2005, when she was terminated. She was laid off from employment at OAR between April, 2003, and January, 2004.

## COUNT 1

3.      Paragraphs 1 and 2 of this Indictment are hereby realleged in their entirety and incorporated by reference herein.

4.      Beginning on or about July 5, 2002, and continuing until on or about December 15, 2004, in the District of Alaska, JASMINE DANIELLE HOLLIMON, SARAH ROSE NOBLE, HILARY JEANETTE PATTISON, MICHAEL MCGEEHAN TUCKER, and other co-conspirators, both known and unknown to the grand jury, did knowingly and unlawfully combine, conspire, confederate and agree with each other to commit an offense against the United States, namely, to unlawfully transport, transmit, and transfer in interstate commerce from Anchorage, State of Alaska, to other states, stolen goods, wares and merchandise, that is, coins, of the value of $5000 or more, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 2314,

All of which is in violation of Title 18, United States Code, Section 371.

## Methods and Means of Conspiracy

5.    Beginning in July, 2002, and continuing thereafter until on or about December, 2004, JASMINE DANIELLE HOLLIMON stole coins from OAR, mailed them to co-conspirators outside of the State of Alaska and instructed them to sell the coins, keeping a portion of the proceeds for themselves, while depositing the remainder of the proceeds in her Wells Fargo Bank account;

6.    In 2004, JASMINE DANIELLE HOLLIMON, while sending coins stolen from OAR outside of the State of Alaska, also gave stolen coins to friends and co-conspirators within the State of Alaska, instructing them to return to OAR as customers and sell the coins back to OAR. Checks from OAR were written to these individuals for the coins. The checks were cashed and a portion of the proceeds were returned to JASMINE DANIELLE HOLLIMON;

7.    In 2004, OAR used a computerized inventory system. OAR would create an invoice showing the purchase of coins from a customer, to whom a check would be written for the value of the purchase. To conceal her theft of many of the stolen coins, JASMINE DANIELLE HOLLIMON would void the respective invoices in the computer system, essentially removing the coins from OAR inventory.

## Overt Acts

8.    In furtherance of the conspiracy, and in order to effect the objects thereof, the

defendants committed numerous overt acts within the District of Alaska and in other states, including but not limited to:

OA1. Between on or about July 5, 2002, and March 24, 2004, co-conspirator SARAH ROSE NOBLE, while living in Seattle, Washington, received coins in the mail from JASMINE DANIELLE HOLLIMON which SARAH ROSE NOBLE knew had been stolen;

OA2. Between on or about July 5, 2002, and March 24, 2004, co-conspirator SARAH ROSE NOBLE sold the stolen coins at the Coin and Stamp Shop in Seattle, Washington;

OA3. Between on or about July 5, 2002, and March 24, 2004, co-conspirator Sarah ROSE NOBLE, after keeping a portion of the sale proceeds for herself, deposited a portion of the proceeds received from the sale of the stolen coins in Seattle, Washington, to the Wells Fargo Bank account of defendant and co-conspirator, JASMINE DANIELLE HOLLIMON;

OA4. Between on or about March 25, 2004, and July 30, 2004, co-conspirator HILARY JEANETTE PATTISON, while living in American Fork, Utah, received coins in the mail from JASMINE DANIELLE HOLLIMON which HILARY JEANETTE PATTISON knew had been stolen;

OA5. Between on or about March 25, 2004, and July 30, 2004, co-conspirator HILARY JEANETTE PATTISON sold the stolen coins to Rust's Coins in Provo, Utah, and cashed the checks received from the sale of the coins at the bank upon which the checks were drawn;

OA6. Between on or about March 25, 2004, and July 30, 2004, co-conspirator

HILARY JEANETTE PATTISON, after keeping a portion of the sale proceeds for herself, deposited a portion of the proceeds received from the sale of the stolen coins in Provo, Utah, to the Wells Fargo Bank account of defendant and co-conspirator, JASMINE DANIELLE HOLLIMON;

OA7. Between on or about July, 2004, and December, 2004, co-conspirator MICHAEL MCGEEHAN TUCKER, while in Arizona, received coins from HOLLIMON which MICHAEL MCGEEHAN TUCKER knew had been stolen;

OA8. Between on or about July 27, 2004, and December 15, 2004, co-conspirator MICHAEL MCGEEHAN. TUCKER deposited a portion of the proceeds received from the sale of the stolen coins in Arizona to the Wells Fargo Bank account of defendant and co-conspirator, JASMINE DANIELLE HOLLIMON;

All of which is in violation of Title 18, United States Code, Section 371.

COUNT 2

9. Beginning on or about July, 2002, and continuing to at least on or about March 24, 2004, in the District of Alaska, the defendant, JASMINE DANIELLE HOLLIMON, aided and abetted by SARAH ROSE NOBLE, did unlawfully transport, transmit, and transfer in interstate commerce from Anchorage, Alaska, to Seattle, Washington, stolen goods, wares and merchandise, that is, coins, of the value of $5000 or more, knowing the same to have been stolen.

All of which is in violation of Title 18, United States Code, Section 2314, and Title 18 United States Code, Section 2.

## COUNT 3

10. Beginning on or about March, 2004, and continuing to at least on or about July, 2004, in the District of Alaska, the defendant, JASMINE DANIELLE HOLLIMON, aided and abetted by HILARY JEANETTE PATTISON, did unlawfully transport, transmit, and transfer in interstate commerce from Anchorage, Alaska, to Provo, Utah, stolen goods, wares and merchandise, that is, coins, of the value of $5000 or more, knowing the same to have been stolen.

All of which is in violation of Title 18, United States Code, Section 2314, and Title 18 United States Code, Section 2.

## COUNT 4

11. Beginning on or about July, 2004, and continuing to at least on or about December 15, 2004, in the District of Alaska, the defendant, JASMINE DANIELLE HOLLIMON, aided and abetted by MICHAEL MCGEEHAN TUCKER did unlawfully transport, transmit, and transfer in interstate commerce from Anchorage, Alaska, to Arizona, stolen goods, wares and merchandise, that is, coins, of the value of $5000 or more, knowing the same to have been stolen.

All of which is in violation of Title 18, United States Code, Section 2314, and Title 18 United States Code, Section 2.

## COUNT 5

12. On or about November, 2004, in the District of Alaska, the defendant, JASMINE DANIELLE HOLLIMON, did unlawfully transport, transmit, and transfer in interstate commerce from Anchorage, State of Alaska, to San Antonio, Texas, stolen goods, wares and merchandise, that is, coins, of the value of $5000 or more, knowing the same to have been stolen.

All of which is in violation of Title 18, United States Code, Section 2314.

A TRUE BILL.

                                  S/ Grand Jury Foreperson
                                  GRAND JURY FOREPERSON

S/ Retta-Rae Randall
RETTA-RAE RANDALL
Assistant United States Attorney


S/ Deborah Smith for
TIMOTHY M. BURGESS
United States Attorney


December 13, 2005
DATE