**FILED**
DEC 14 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>   v.   <u>HILARY JEANETTE PATTISON</u>

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                              CASE NO. <u>A05-0099-3CR (JWS)</u>

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 14, 2005

   **Arraignment** on the Superseding Indictment in the above-captioned case is hereby set for **Thursday, January 19, 2006, at 10:00 a.m.** before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

cnsl t/c notified 12/14/05

A05-0099--CR (JWS)    am 12-14-05
-------------------------------------
✓ R. RANDALL (AUSA)
✓ US MARSHAL
✓ US PROBATION
✓ def w/USM cy

[ ]{ARRAIGNR.WPD*Rev.3/97}