

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>   v.   <u>HILARY JEANETTE PATTISON</u>

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                                    CASE NO. <u>A05-0099-3CR (JWS)</u>

<u>Dan Maus</u>

\*\* A M E N D E D \*\*
PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 19, 2005

**ARRAIGNMENT** on the Superseding Indictment in the above-captioned case is hereby set for **Wednesday, December 28, 2005, at 10:30 a.m.** before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

A05-0099--CR (JWS)
................................DM 12-19-05.........................
R. RANDALL (AUSA)
US MARSHAL
US PROBATION
def w/USM cy

[]{ARRAIGNR.WPD*Rev.3/97}                                        26