MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs HILARY JEANETTE PATTISON  CASE NO. A05-0099-03 CR (JWS)
Defendant: X Present    X  On Summons

BEFORE THE HONORABLE            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          ELISA SINGLETON

UNITED STATES ATTORNEY:         RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:           HENRY GRAPER

U.S.P.O.:                       PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON SUPERSEDING INDICTMENT -
             HELD 12/28/05:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:31 a.m. court convened.

X Copy of Superseding Indictment given to defendant; waived reading.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant states true name: Same as Above    Age: 22

X Financial Affidavit filed.
 X Federal Public Defender to appoint CJA counsel; FPD notified.

X PLEAS Not Guilty to Counts 1 & 3 of the Superseding Indictment.

X Counsel advised of trial date: 2/22/06 before Judge Sedwick.

X Bond set at $2,000 unsecured;

X Conditions of Release **FILED**.   X Appearance Bond **FILED**.

X Pretrial motions due 1/17/06; Order re Preperation for Trial **FILED**.

X OTHER: Defendant to be processed by the U.S. Marshal.

At 10:50 a.m. court adjourned.

DATE: December 28, 2005    DEPUTY CLERK'S INITIALS:    ES
05/00