## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | v. | JASMINE DANIELLE HOLLIMON (D-1) |
| | | HILARY JEANETTE PATTISON  (D-3) |
| | | MICHAEL MCGEEHAN TUCKER    (D-4) |

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                                CASE NO.  3:05-cr-00099-JWS

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 18, 2006

### ORDER SCHEDULING TRIAL

The above matter is hereby set on for jury trial on **Wednesday, March 22, 2006, at 9:00 a.m.,** before Judge Sedwick, at Anchorage, Alaska.  Counsel are expected to have pretrial matters assigned to the United States Magistrate Judge resolved no later than 7 days before trial.  Any unresolved pretrial matters shall be called to the trial judge's attention by the applicant no later than 7 days prior to trial.

Counsel are expected to calendar changes of plea and file a notice of intent to change plea at the earliest possible time prior to trial. If a final pretrial conference is scheduled, the change of plea will be taken at the time set for the final pre-trial conference.  The court expects all changes of plea to be effected no later than the week preceding the trial date.

A final pretrial conference is set for **Wednesday, March 22, 2006, at 8:30 a.m.**.

Except as hereinafter provided, and unless other arrangements are made at a final pre-trial conference, counsel shall comply with the requirements of D.Ak.LR 39.2, 47.1, and 51.1 in preparation for trial of this case.

Briefs, proposed voir dire questions, and proposed jury instructions shall be served and filed with the court at least 7 calendar days prior to the trial date.  Briefs shall not exceed 15

ORDER SCHEDULING TRIAL
[]{IK1.WPD*Rev.12/96}

pages.  Briefs shall focus upon the legal issues and authorities bearing upon these issues which the party anticipates will arise during the course of trial.  Proposed jury instructions may, but are not required to, include common jury instructions employed by the court in all criminal cases.  Counsel's proposed jury instructions must include substantive instructions appropriate to the charges made against each defendant and such other special instructions as counsel deem the circumstances of the particular case to require.