DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HILARY JEANETTE PATTISON,<br><br>Defendant. | No. 3:05-cr-099-03-JWS<br><br>**MOTION TO UNSEAL PLEA AGREEMENT** |

      COMES NOW the United States of America, by and through counsel and hereby moves for an order unsealing the plea in the above-captioned case.

      The government seeks to unseal the plea agreement signed by Hilary Pattison because it needs to be disclosed to co-defendant Michael McGeehan Tucker pursuant to Giglio v. United States, 405 U.S. 150 (1972).

For the foregoing reasons the government request Ms. Pattison's plea agreement be unsealed.

RESPECTFULLY SUBMITTED this 28th day of April, 2006 at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Retta-Rae Randall
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

I declare hereby certify that on
April 28, 2006, a copy of the foregoing
was served electronically on Henry Graper III.

s/Retta-Rae Randall
Assistant U.S. Attorney