IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>HILARY JEANETTE PATTISON,<br><br>　　　　　　　Defendant. | ) No. 3:05-cr-099-03-JWS<br>)<br>) **ORDER REGARDING**<br>) **MOTION TO UNSEAL**<br>) **PLEA AGREEMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　　IT IS HEREBY ORDERED that the plea agreement in the above-captioned case be unsealed.

　　　　　IT IS SO ORDERED.

　　　　　DATED this ____ day of April, 2006, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Court Judge