IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>HILARY JEANETTE PATTISON,<br><br>　　　　　　Defendant. | ) No. 3:05-cr-00099-03-JWS<br>)<br>) **ORDER REGARDING**<br>) **MOTION TO UNSEAL**<br>) **PLEA AGREEMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**IT IS HEREBY ORDERED** that the plea agreement in the above-captioned case be unsealed.

DATED this 1st day of May, 2006, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE