Henry E. Graper, III
Attorney for Hilary Pattison
Gorton, Logue & Graper
737 M Street
Anchorage, Alaska 99501
Phone: (907) 276-1945
Fax: (907) 279-0680
Email: henrygraper@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HILARY PATTISON, ) | |
| ) | |
| Defendant. ) | |
| ) | No. 3:05-Cr.-99-JWS |

**NOTICE OF NON-OPPOSITION**

    COMES NOW CJA counsel for Defendant, Hilary Pattison, and hereby files his non-opposition to U.S. Attorney's Motion to Unseal Ms. Pattison's plea agreement.

    Respectfully submitted this 1st day of May, 2006, at Anchorage, Alaska.

    s/Henry E. Graper, III
Attorney for Defendant, Hilary Pattison
Gorton, Logue & Graper
737 M Street
Anchorage, Alaska  99501
Phone:  907-276-1945
Fax:  907-279-0680
Email:  henrygraper@gci.net

**Certification of Service**:  I hereby certify that on the 1st day of May, 2006, I served the foregoing Notice of Non-Opposition electronically.

        s/Henry E. Graper, III
        Attorney for Defendant, Hilary Pattison
        Gorton, Logue & Graper
        737 M Street
        Anchorage, Alaska  99501
        Phone:  907-276-1945
        Fax:  907-279-0680
        Email:  henrygraper@gci.net